# EXHIBIT E

```
FEB.21.2002  10:49AM   LEGAL/GEN. COUNSEL                      NO.018    P.3
```

| | | |
|---|---|---|
| CLAIM OFFICE ADDRESS:<br>100 LIBERTY WAY<br>DOVER, NH 03820<br>CONTACT: STAFFORD, M<br>PHONE: 603-749-2600  EXT 2129 | Liberty Mutual.<br><br>ACCIDENT DATE:<br>05/03/1975 | CHECK NUMBER:   ISSUE DATE:<br>80161889       02/12/200<br>CLAIM NUMBER:<br>P 033-131807-01 |
| INSURED NAME:<br>USM CORPORATION | | POLICY NUMBER:<br>LG1612004059215240 |
| CLAIMANT NAME:<br>VARIOUS, (ADAMS BILLY) | | INSURED OPERATOR: |

```
 COV                  SERVICE                      ADJUST     PAID
TYPES   PROVIDER    FROM  -  THRU      CHARGE      CODE      AMOUNT

PRBI    BLACK       01/30/2002        47565.60               47565.60




PAYMENT SENT TO:                              SUB TOTAL 1    47565.60
BLACK & DECKER CORP                            DEDUCTIBLE        0.00
                                              SUB TOTAL 2    47565.60
                                           WITHHOLDING TAX       0.00
                                              CHECK AMOUNT   47565.60


                        COVERAGE TYPES
PRBI: PRODUCTS/COMPLETED OP -BI



                    ADJUSTMENT CODE NOTES




                         EOP NOTES
DEFENSE COSTS THRU 1/30/2002 FOR ARKANSAS HEARING LOSS LITIGATION
MATTER.
```



FEB.21.2002 10:52AM    LEGAL/GEN. COUNSEL                    NO. 018    P.7

**Liberty Mutual.**

CLAIM OFFICE ADDRESS:
100 LIBERTY WAY
DOVER, NH 03820
CONTACT: O'NEIL, O
PHONE: 603-749-2600   EXT 2240

CHECK NUMBER: 80161891
ISSUE DATE: 02/12/2002

ACCIDENT DATE: 07/01/1978
CLAIM NUMBER: P 033-138105-01

INSURED NAME:
BLACK & DECKER

POLICY NUMBER: LG1131010406158240

CLAIMANT NAME:
SHADDOX, HENRY LEE

INSURED OPERATOR:

| COV TYPES | PROVIDER | SERVICE FROM - THRU | CHARGE | ADJUST CODE | PAID AMOUNT |
|---|---|---|---|---|---|
| OPBI | BLAC | 01/30/2002 | 481831.88 | | 481831.88 |

PAYMENT SENT TO:
BLACK & DECKER (US) INC

SUB TOTAL 1      481831.88
DEDUCTIBLE            0.00
SUB TOTAL 2      481831.88
WITHHOLDING TAX       0.00
CHECK AMOUNT     481831.88

COVERAGE TYPES

OPBI: OPERATIONS - BI

ADJUSTMENT CODE NOTES

EOP NOTES
DEFENSE COSTS THRU1/30/2002 FOR MISSISSIPPI HEARING LOSS LITIGATION MATTER.



"80161891"  :011900445:    67589"

FEB.21.2002  10:50AM   LEGAL/GEN. COUNSEL                     NO.018   P.4

**Liberty Mutual.**

CLAIM OFFICE ADDRESS:
100 LIBERTY WAY
DOVER, NH 03820
CONTACT: RAMIREZ, N
PHONE: 603-749-2600  EXT 2133

CHECK NUMBER: 80161888
ISSUE DATE: 02/12/200?

ACCIDENT DATE: 06/30/1979
CLAIM NUMBER: P 033-650910-01

INSURED NAME:
BLACK & DECKER MANUFACTURING C

POLICY NUMBER:
LG1131010406158240

CLAIMANT NAME:
ANDERSON, JESSE

INSURED OPERATOR:

| COV TYPES | SERVICE PROVIDER | FROM - THRU | CHARGE | ADJUST CODE | PAID AMOUNT |
|---|---|---|---|---|---|
| PRBI | BLACK | 01/30/2002 | 144204.00 | | 144204.00 |

PAYMENT SENT TO:
BLACK & DECKER CORP

SUB TOTAL 1       144204.00
DEDUCTIBLE             0.00
SUB TOTAL 2       144204.00
WITHHOLDING TAX        0.00
CHECK AMOUNT      144204.00

COVERAGE TYPES
PRBI: PRODUCTS/COMPLETED OP -BI

ADJUSTMENT CODE NOTES

EOP NOTES
DEFENSE COSTS THRU 1/30/2002 FOR THE MS HAND ARM VIBRATION LITIGATION MATTER.



⑈80161888⑈ ⑆011900445⑆      67589⑈