# EXHIBIT F

## ARKANSAS HEARING LOSS DEFENSE COSTS
(Invoices though 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Farrel Amount | Black & Decker Amount |
|---|---|---|---|---|---|---|---|
| Forman Perry Watkins & Krutz | 04/24/91 | 78-220 | $ 1,170.00 | $ 121.80 | $ 1,291.80 | $ 143.63 | $ 38.70 |
| Forman Perry Watkins & Krutz | 04/24/91 | 78-221 | $ 1,157.00 | $ 923.88 | $ 2,080.88 | $ 231.21 | $ 62.43 |
| Thomas Price Alston Jones & Davis | 07/01/91 | SUPP 1-00312 | $ 10,066.00 | $ 1,132.15 | $ 11,198.15 | $ 1,399.77 | $ 377.94 |
| Forman Perry Watkins & Krutz | 07/24/91 | 78-222 | $ 3,081.00 | $ 1,006.75 | $ 4,087.75 | $ 454.19 | $ 122.63 |
| Forman Perry Watkins & Krutz | 07/24/91 | 78-224 | $ 12,088.00 | $ 2,175.78 | $ 14,263.78 | $ 1,584.86 | $ 427.91 |
| Daniel Coker Horton & Bell | 07/24/91 | 77-312 | $ 2,316.00 | $ 672.28 | $ 2,988.28 | $ 332.03 | $ 89.64 |
| Daniel Coker Horton & Bell | 07/29/91 | 77-308 | $ 4,594.00 | $ 436.24 | $ 5,030.24 | $ 558.82 | $ 105.91 |
| Thomas Price Alston Jones & Davis | 09/30/91 | SUPP 1-00321 | $ 20,771.00 | $ 1,484.67 | $ 22,255.67 | $ 2,472.85 | $ 667.67 |
| Daniel Coker Horton & Bell | 10/09/91 | 77-295 | $ 19,008.00 | $ 5,868.08 | $ 24,876.08 | $ 2,764.01 | $ 667.67 |
| Forman Perry Watkins & Krutz | 10/11/91 | 78-227 | $ 29,702.50 | $ 4,761.68 | $ 34,464.18 | $ 3,829.35 | $ 1,033.92 |
| Thomas Price Alston Jones & Davis | 12/31/91 | SUPP 1-00337 | $ 11,969.50 | $ 4,421.19 | $ 16,390.69 | $ 1,821.19 | $ 491.67 |
| Forman Perry Watkins & Krutz | 01/13/92 | 78-233 | $ 20,807.50 | $ 6,876.17 | $ 27,683.67 | $ 3,075.96 | $ 830.51 |
| Daniel Coker Horton & Bell | 01/17/92 | 77-287 | $ 16,676.00 | $ 1,224.17 | $ 17,900.17 | $ 1,988.91 | $ 537.01 |
| Thomas Price Alston Jones & Davis | 06/30/92 | SUPP 1-00352 | $ 5,969.50 | $ 131.17 | $ 6,100.67 | $ 677.85 | $ 183.01 |
| Forman Perry Watkins & Krutz | 07/10/92 | 78-238 | $ 12,411.50 | $ 3,421.10 | $ 15,832.60 | $ 1,759.18 | $ 474.98 |
| Daniel Coker Horton & Bell | 07/30/92 | 77-281 | $ 8,117.00 | $ 2,293.15 | $ 10,410.15 | $ 1,156.68 | $ 312.30 |
| Thomas Price Alston Jones & Davis | 09/30/92 | SUPP 1-00357 | $ 1,410.00 | $ 141.30 | $ 1,551.30 | $ 172.37 | $ 46.53 |
| Forman Perry Watkins & Krutz | 10/12/92 | 78-242 | $ 3,778.50 | $ 538.38 | $ 4,316.88 | $ 479.65 | $ 129.51 |
| Daniel Coker Horton & Bell | 10/21/92 | 77-277 | $ 2,550.00 | $ 220.99 | $ 2,800.99 | $ 311.22 | $ 84.03 |
| Thomas Price Alston Jones & Davis | 12/31/92 | SUPP 1-00361 | $ 6,288.50 | $ 885.57 | $ 7,174.07 | $ 797.12 | $ 215.21 |
| Forman Perry Watkins & Krutz | 01/14/93 | 78-244 | $ 11,573.00 | $ 6,590.56 | $ 18,163.56 | $ 2,018.17 | $ 544.91 |

## ARKANSAS HEARING LOSS DEFENSE COSTS
### (Invoices though 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Farrel Amount | Black & Decker Amount |
|---|---|---|---|---|---|---|---|
| Miles & Stockbridge | 03/01/93 | 78-148 | $ 500.00 | $ - | $ 500.00 | $ 500.00 | $ 500.00 |
| Daniel Coker Horton & Bell | 03/04/93 | 77-266 | $ 24,381.00 | $ 3,001.19 | $ 27,382.19 | $ 3,042.46 | $ 821.46 |
| Alston Rutherford Tardy & Van Slyke | 04/07/93 | SUPP 1-00367 | $ 16,425.10 | $ 1,949.57 | $ 18,374.67 | $ 2,041.63 | $ 551.24 |
| Forman Perry Watkins & Krutz | 04/12/93 | 78-247 | $ 15,225.50 | $ 1,075.01 | $ 16,300.51 | $ 1,811.00 | $ 488.97 |
| Gooding & Dodson | 04/26/93 | LM0042129 | $ 5,837.50 | $ 1,986.64 | $ 7,824.14 | $ 7,824.14 | $ 2,112.52 |
| Miles & Stockbridge | 04/29/93 | 78-149 | $ 529.00 | $ 3.00 | $ 532.00 | $ 532.00 | $ 532.00 |
| Miles & Stockbridge | 05/27/93 | SUPP 2-1425 | $ 542.50 | $ - | $ 542.50 | $ 542.50 | $ 542.50 |
| Miles & Stockbridge | 06/30/93 | SUPP 2-1428 | $ 510.50 | $ - | $ 510.50 | $ 510.50 | $ 510.50 |
| Alston Rutherford Tardy & Van Slyke | 06/30/93 | SUPP 1-0377 | $ 14,998.50 | $ 1,084.92 | $ 16,083.42 | $ 1,787.05 | $ 482.50 |
| Forman Perry Watkins & Krutz | 07/13/93 | 78-198 | $ 420.00 | $ 36.00 | $ 456.00 | $ 456.00 | $ 123.12 |
| Forman Perry Watkins & Krutz | 07/13/93 | 77-251 | $ 19,757.50 | $ 4,662.88 | $ 24,420.38 | $ 2,713.00 | $ 732.51 |
| Miles & Stockbridge | 07/26/93 | SUPP 2-1431 | $ 505.00 | $ 165.00 | $ 670.00 | $ 670.00 | $ 670.00 |
| Daniel Coker Horton & Bell | 08/06/93 | 77-251 | $ 33,571.00 | $ 5,178.07 | $ 38,749.07 | $ 4,305.45 | $ 1,162.47 |
| Miles & Stockbridge | 08/25/93 | 78-147 | $ 385.00 | $ 21.00 | $ 406.00 | $ 406.00 | $ 406.00 |
| Alston Rutherford Tardy & Van Slyke | 09/30/93 | SUPP 1-00389 | $ 14,846.50 | $ 155.42 | $ 15,001.92 | $ 1,666.88 | $ 450.05 |
| Miles & Stockbridge | 10/01/93 | 78-142 | $ 1,057.50 | $ 12.20 | $ 1,069.70 | $ 1,069.70 | $ 1,069.70 |
| Forman Perry Watkins & Krutz | 10/13/93 | 78-199 | $ 28.00 | $ 871.99 | $ 899.99 | $ 899.99 | $ 243.00 |
| Forman Perry Watkins & Krutz | 10/13/93 | 78-256 | $ 26,104.00 | $ 10,664.29 | $ 36,768.29 | $ 4,085.00 | $ 1,102.95 |
| Gooding & Dodson | 10/21/93 | LM0042501 | $ 9,187.50 | $ 2,801.59 | $ 11,989.09 | $ 11,989.09 | $ 3,237.05 |
| Miles & Stockbridge | 11/01/93 | 78-143 | $ 196.00 | $ 7.60 | $ 203.60 | $ 203.60 | $ 203.60 |
| Miles & Stockbridge | 11/29/93 | 78-144 | $ 5,022.00 | $ 1,636.80 | $ 6,658.80 | $ 6,658.80 | $ 6,658.80 |

## ARKANSAS HEARING LOSS DEFENSE COSTS
(Invoices though 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Farrel Amount | Black & Decker Amount |
|---|---|---|---|---|---|---|---|
| Miles & Stockbridge | 12/16/93 | 78-145 | $ 6,944.50 | $ 6,304.52 | $ 13,249.02 | $ 13,249.02 | $ 13,249.02 |
| Alston Rutherford Tardy & Van Slyke | 12/31/93 | SUPP 1-00400 | $ 13,217.00 | $ 306.39 | $ 13,523.39 | $ 1,502.60 | $ 405.69 |
| Daniel Coker Horton & Bell | 01/07/94 | 77-244 | $ 11,719.00 | $ 451.38 | $ 12,170.38 | $ 1,352.26 | $ 365.11 |
| Forman Perry Watkins & Krutz | 01/18/94 | 78-200 | $ 3,770.50 | $ 3,010.02 | $ 6,780.52 | $ 6,780.52 | $ 1,830.74 |
| Forman Perry Watkins & Krutz | 01/18/94 | 78-264 | $ 13,364.50 | $ 5,918.74 | $ 19,283.24 | $ 2,143.00 | $ 578.61 |
| Miles & Stockbridge | 01/31/94 | 78-146 | $ 3,264.00 | $ 233.54 | $ 3,497.54 | $ 3,497.52 | $ 3,497.54 |
| Daniel Coker Horton & Bell | 02/08/94 | 77-328 | $ 13,927.00 | $ 3,492.21 | $ 17,419.21 | $ 17,419.21 | $ 4,703.19 |
| Miles & Stockbridge | 02/23/94 | 78-151 | $ 12,620.50 | $ 1,378.49 | $ 13,998.99 | $ 13,998.99 | $ 13,998.99 |
| Gooding & Dodson | 02/27/94 | LM0042233 | $ 8,100.00 | $ 195.24 | $ 8,295.24 | $ 8,295.24 | $ 2,239.71 |
| Miles & Stockbridge | 03/25/94 | 78-152 | $ 1,421.00 | $ 1,574.78 | $ 2,995.78 | $ 2,995.78 | $ 2,995.78 |
| Alston Rutherford Tardy & Van Slyke | 03/31/94 | 77-003 | $ 18,336.00 | $ 1,675.12 | $ 20,011.12 | $ 2,243.46 | $ 600.33 |
| Forman Perry Watkins & Krutz | 04/14/94 | 78-269 | $ 25,494.00 | $ 17,766.29 | $ 43,260.29 | $ 4,806.00 | $ 1,297.62 |
| Forman Perry Watkins & Krutz | 04/20/94 | 78-202 | $ 7,770.00 | $ 2,970.98 | $ 10,740.98 | $ 10,740.98 | $ 2,900.06 |
| Daniel Coker Horton & Bell | 04/25/94 | 77-236 | $ 18,357.00 | $ 6,165.16 | $ 24,522.16 | $ 2,724.68 | $ 735.66 |
| Miles & Stockbridge | 04/26/94 | 78-153 | $ 491.50 | $ 84.57 | $ 576.07 | $ 576.07 | $ 576.07 |
| Miles & Stockbridge | 05/24/94 | SUPP 2-01466 | $ 2,958.00 | $ 113.81 | $ 3,071.81 | $ 3,071.81 | $ 3,071.81 |
| Miles & Stockbridge | 06/23/94 | 78-154 | $ 4,820.50 | $ 945.07 | $ 5,765.57 | $ 5,765.57 | $ 5,765.57 |
| Alston Rutherford Tardy & Van Slyke | 07/13/94 | SUPP 1-00428 | $ 26,397.00 | $ 6,307.62 | $ 32,704.62 | $ 3,533.85 | $ 981.14 |
| Forman Perry Watkins & Krutz | 07/14/94 | 78-204 | $ 7,266.00 | $ 5,129.77 | $ 12,395.77 | $ 12,395.77 | $ 3,346.86 |
| Forman Perry Watkins & Krutz | 07/14/94 | 78-276 | $ 37,899.00 | $ 12,515.85 | $ 50,414.85 | $ 5,602.00 | $ 1,512.54 |
| Daniel Coker Horton & Bell | 07/25/94 | 77-223.1 | $ 47,049.00 | $ 24,313.23 | $ 71,362.23 | $ 7,929.14 | $ 2,140.87 |

## ARKANSAS HEARING LOSS DEFENSE COSTS
(Invoices though 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Farrel Amount | Black & Decker Amount |
|---|---|---|---|---|---|---|---|
| Miles & Stockbridge | 07/28/94 | 78-155 | $ 5,945.50 | $ 53.21 | $ 5,998.71 | $ 5,998.71 | $ 5,998.71 |
| Miles & Stockbridge | 08/24/94 | 78-160 | $ 6,798.50 | $ 1,615.28 | $ 8,413.78 | $ 8,413.78 | $ 8,413.78 |
| Gooding & Dodson | 08/31/94 | 78-007 | $ 5,700.00 | $ 264.21 | $ 5,964.21 | $ 5,964.21 | $ 1,610.34 |
| Alston Rutherford Tardy & Van Slyke | 09/30/94 | 77-043 | $ 20,738.50 | $ 2,527.38 | $ 23,265.88 | $ 2,585.10 | $ 697.97 |
| Miles & Stockbridge | 10/04/94 | 78-161 | $ 988.00 | $ 0.60 | $ 988.60 | $ 988.60 | $ 988.60 |
| Forman Perry Watkins & Krutz | 10/25/94 | 78-206 | $ 3,318.00 | $ 3,447.56 | $ 6,765.56 | $ 6,765.56 | $ 1,831.95 |
| Forman Perry Watkins & Krutz | 10/25/94 | 80-286 | $ 24,289.50 | $ 5,289.88 | $ 29,579.38 | $ 3,698.00 | $ 998.46 |
| Miles & Stockbridge | 10/26/94 | 78-162 | $ 6,087.00 | $ 797.43 | $ 6,884.43 | $ 6,884.43 | $ 6,884.43 |
| Daniel Coker Horton & Bell | 11/15/94 | 80-246 | $ 49,016.00 | $ 30,454.40 | $ 79,470.40 | $ 9,933.80 | $ 2,682.13 |
| Daniel Coker Horton & Bell | 11/18/94 | 80-322 | $ 16,103.00 | $ 6,898.74 | $ 23,001.74 | $ 23,001.74 | $ 6,210.47 |
| Miles & Stockbridge | 11/25/94 | 78-163 | $ 4,757.00 | $ 77.37 | $ 4,834.37 | $ 4,834.37 | $ 4,834.77 |
| Miles & Stockbridge | 12/21/94 | 78-164 | $ 25,338.00 | $ 3,430.54 | $ 28,768.54 | $ 28,768.54 | $ 28,768.54 |
| Gooding & Dodson | 12/30/94 | 78-024 | $ 7,962.50 | $ 888.66 | $ 8,851.16 | $ 8,851.16 | $ 2,389.82 |
| Alston Rutherford Tardy & Van Slyke | 12/31/94 | SUPP 1-00498 | $ 26,420.50 | $ 6,781.52 | $ 33,202.02 | $ 4,150.26 | $ 622.54 |
| Forman Perry Watkins & Krutz | 01/20/95 | 78-207 | $ 5,641.00 | $ 1,803.88 | $ 7,444.88 | $ 7,444.88 | $ 818.94 |
| Forman Perry Watkins & Krutz | 01/20/95 | 78-293 | $ 34,250.50 | $ 11,028.17 | $ 45,278.67 | $ 5,660.00 | $ 622.60 |
| Alston Rutherford Tardy & Van Slyke | 01/31/95 | SUPP 1-00541 | $ 19,516.00 | $ 2,800.32 | $ 22,316.32 | $ 27,889.54 | $ 418.43 |
| Miles & Stockbridge | 02/13/95 | SUPP 2-01503 | $ 26,982.00 | $ 4,005.06 | $ 30,987.06 | $ 30,987.06 | $ 30,987.06 |
| Daniel Coker Horton & Bell | 02/15/95 | 77-193 | $ 45,652.00 | $ 19,279.93 | $ 64,931.93 | $ 8,116.49 | $ 2,191.45 |
| Daniel Coker Horton & Bell | 02/17/95 | LM0045190 | $ - | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 1,650.00 |
| Miles & Stockbridge | 03/03/95 | 78-165 | $ 32,845.50 | $ 3,288.21 | $ 36,133.71 | $ 36,133.71 | $ 36,133.71 |

Page 4 of 7

## ARKANSAS HEARING LOSS DEFENSE COSTS
### (Invoices though 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Farrel Amount | Black & Decker Amount |
|---|---|---|---|---|---|---|---|
| Miles & Stockbridge | 03/28/95 | 78-166 | $ 31,537.50 | $ 14,033.91 | $ 45,571.41 | $ 45,571.41 | $ 45,571.41 |
| Daniel Coker Horton & Bell | 04/10/95 | LM0045190 | $ - | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 1,110.00 |
| Forman Perry Watkins & Krutz | 04/20/95 | 78-209 | $ 31,771.50 | $ 9,818.83 | $ 41,590.33 | $ 41,590.33 | $ 4,574.94 |
| Forman Perry Watkins & Krutz | 04/20/95 | 78-299 | $ 68,273.00 | $ 22,313.57 | $ 90,586.57 | $ 11,323.00 | $ 1,245.53 |
| Miles & Stockbridge | 05/01/95 | 78-167 | $ 18,254.50 | $ 3,598.30 | $ 21,852.80 | $ 21,852.80 | $ 21,852.80 |
| Daniel Coker Horton & Bell | 05/18/95 | 77-169 | $ 64,467.00 | $ 11,496.63 | $ 75,963.63 | $ 9,495.45 | $ 1,044.50 |
| Miles & Stockbridge | 05/25/95 | 78-168 | $ 10,294.50 | $ 94.26 | $ 10,388.76 | $ 10,388.76 | $ 10,388.76 |
| Miles & Stockbridge | 07/10/95 | 78-169 | $ 9,942.00 | $ 3,310.90 | $ 13,252.90 | $ 13,252.90 | $ 13,252.90 |
| Gooding & Dodson | 07/18/95 | 78-043 | $ 6,733.75 | $ 1,746.12 | $ 8,479.87 | $ 8,479.87 | $ 932.79 |
| Miles & Stockbridge | 07/24/95 | 78-170 | $ 10,893.00 | $ 1,696.64 | $ 12,589.64 | $ 12,589.64 | $ 12,589.64 |
| Forman Perry Watkins & Krutz | 08/02/95 | 78-213 | $ 3,542.50 | $ 1,534.70 | $ 5,077.20 | $ 5,077.20 | $ 558.49 |
| Forman Perry Watkins & Krutz | 08/02/95 | 78-312 | $ 30,309.50 | $ 8,285.94 | $ 38,595.44 | $ 4,824.00 | $ 530.64 |
| Daniel Coker Horton & Bell | 08/10/95 | 80-410 | $ - | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 5,400.00 |
| Daniel Coker Horton & Bell | 08/18/95 | 80-412 | $ 24,623.00 | $ 5,089.44 | $ 29,712.44 | $ 3,714.06 | $ 1,002.75 |
| Miles & Stockbridge | 09/01/95 | 78-174 | $ 5,564.50 | $ 184.73 | $ 5,749.23 | $ 5,749.23 | $ 5,749.23 |
| Gooding & Dodson | 09/08/95 | 78-057 | $ 12,400.00 | $ 1,425.38 | $ 13,825.38 | $ 13,825.39 | $ 1,520.78 |
| Miles & Stockbridge | 09/25/95 | 78-175 | $ 5,324.50 | $ 748.26 | $ 6,072.76 | $ 6,072.76 | $ 6,072.76 |
| Forman Perry Watkins & Krutz | 10/16/95 | 78-319 | $ 46,747.00 | $ 18,689.58 | $ 65,436.58 | $ 8,179.57 | $ 899.75 |
| Forman Perry Watkins & Krutz | 10/18/95 | 78-215 | $ 509.50 | $ 862.43 | $ 1,371.93 | $ 1,371.93 | $ 150.91 |
| Miles & Stockbridge | 10/24/95 | 78-179 | $ 7,822.50 | $ 988.35 | $ 8,810.85 | $ 8,810.85 | $ 8,810.85 |
| Miles & Stockbridge | 11/14/95 | 78-180 | $ 15,359.00 | $ 846.30 | $ 16,205.30 | $ 16,205.30 | $ 16,205.30 |

## ARKANSAS HEARING LOSS DEFENSE COSTS
### (Invoices though 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Farrel Amount | Black & Decker Amount |
|---|---|---|---|---|---|---|---|
| Daniel Coker Horton & Bell | 11/22/95 | 77-131 | $ 32,862.00 | $ 2,771.95 | $ 35,633.95 | $ 4,454.24 | $ 1,202.64 |
| Gooding & Dodson | 11/30/95 | 78-081 | $ 3,600.00 | $ 593.44 | $ 4,193.44 | $ 4,193.44 | $ 461.27 |
| Miles & Stockbridge | 12/21/95 | 78-181 | $ 19,102.00 | $ 2,103.00 | $ 21,205.00 | $ 21,205.00 | $ 21,205.00 |
| Miles & Stockbridge | 01/22/96 | 78-182 | $ 25,748.50 | $ 7,218.19 | $ 32,966.69 | $ 32,966.69 | $ 32,966.69 |
| Daniel Coker Horton & Bell | 01/26/96 | LM0045063 80-246 | $ - | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 4,050.00 |
| Forman Perry Watkins & Krutz | 01/31/96 | 78-216 | $ 2,226.00 | $ 251.98 | $ 2,477.98 | $ 2,477.98 | $ 272.58 |
| Forman Perry Watkins & Krutz | 01/31/96 | 78-329 | $ 111,684.50 | $ 31,256.59 | $ 142,941.09 | $ 17,867.64 | $ 1,965.44 |
| Daniel Coker Horton & Bell | 02/08/96 | 80-264 | $ - | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 4,050.00 |
| Miles & Stockbridge | 03/06/96 | SUPP 1-00232 | $ 18,231.50 | $ 432.42 | $ 18,663.92 | $ 18,933.92 | $ 18,663.92 |
| Daniel Coker Horton & Bell | 03/20/96 | 80-459 | $ 7,504.00 | $ 2,683.08 | $ 10,187.08 | $ 10,187.08 | $ 2,810.80 |
| Daniel Coker Horton & Bell | 03/20/96 | 80-472 | $ 45,299.50 | $ 3,622.95 | $ 48,922.45 | $ 12,230.61 | $ 3,302.27 |
| Daniel Coker Horton & Bell | 03/25/96 | 77-111 | $ 66,122.50 | $ 19,846.33 | $ 85,968.83 | $ 21,492.21 | $ 2,901.45 |
| Gooding & Dodson | 03/26/96 | 78-094 | $ 10,050.00 | $ 345.70 | $ 10,395.70 | $ 10,395.70 | $ 1,143.53 |
| Daniel Coker Horton & Bell | 03/29/96 | 80-432 | $ - | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 10,800.00 |
| Miles & Stockbridge | 03/29/96 | SUPP 1-00237 | $ 39,522.50 | $ 310.50 | $ 39,833.00 | $ 39,833.00 | $ 39,833.00 |
| Forman Perry Watkins & Krutz | 04/22/96 | 78-218 | $ 1,152.00 | $ 945.32 | $ 2,097.32 | $ 2,097.32 | $ 230.71 |
| Forman Perry Watkins & Krutz | 04/22/96 | 78-350 | $ 63,343.00 | $ 10,447.51 | $ 73,790.51 | $ 9,223.81 | $ 1,014.62 |
| Forman Perry Watkins & Krutz | 04/22/96 | 78-360 | $ 89,899.50 | $ 32,164.10 | $ 122,063.60 | $ 30,515.90 | $ 3,356.75 |
| Miles & Stockbridge | 05/09/96 | SUPP 1-00016 | $ 57,846.50 | $ 955.92 | $ 58,802.42 | $ 58,802.42 | $ 58,802.42 |
| Gooding & Dodson | 05/22/96 | LM0044987 | $ 11,898.75 | $ 1,305.02 | $ 13,203.77 | $ 13,203.77 | $ 1,452.42 |
| Miles & Stockbridge | 05/29/96 | SUPP 1-00242 | $ - | $ 20.19 | $ 20.19 | $ 20.19 | $ 20.19 |

## ARKANSAS HEARING LOSS DEFENSE COSTS
### (Invoices though 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Farrel Amount | Black & Decker Amount |
|---|---|---|---|---|---|---|---|
| Forman Perry Watkins & Krutz | 06/28/96 | 78-371 | $ - | $ 3,125.40 | $ 3,125.40 | $ 781.35 | $ 85.95 |
| Gooding & Dodson | 06/28/96 | 78-112 | $ 18,503.75 | $ 744.80 | $ 19,248.55 | $ 19,248.55 | $ 2,117.34 |
| Miles & Stockbridge | 07/09/96 | SUPP 1-00245 | $ 611.00 | $ 85.86 | $ 696.86 | $ 696.86 | $ 696.86 |
| Miles & Stockbridge | 07/25/96 | SUPP 1-00249 | $ - | $ 10.20 | $ 10.20 | $ 10.20 | $ 10.20 |
| Miles & Stockbridge | 09/23/96 | SUPP 1-00252 | $ - | $ 47.17 | $ 47.17 | $ 47.17 | $ 47.17 |
| Miles & Stockbridge | 11/14/96 | SUPP 1-00255 | $ 47.00 | $ 154.36 | $ 201.36 | $ 201.36 | $ 201.36 |
| Miles & Stockbridge | 03/31/97 | 78-187 | $ 141.00 | $ - | $ 141.00 | $ 141.00 | $ 141.00 |
| Miles & Stockbridge | 08/13/97 | 78-193 | $ 7.00 | $ - | $ 7.00 | $ 7.00 | $ 7.00 |
| Miles & Stockbridge | 11/17/97 | 78-190 | $ 240.00 | $ 10.00 | $ 250.00 | $ 250.00 | $ 250.00 |

| | |
|---|---|
| TOTAL: | $ 616,119.95 |
| PAYMENT | $ (47,565.50) |
| BALANCE DUE: | $ 568,554.45 |

February 12, 2002