# EXHIBIT G

## MISSISSIPPI HEARING LOSS DEFENSE COSTS
### (Invoices through 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Black & Decker Amount |
|---|---|---|---|---|---|---|
| Thomas Price Alston Jones & Davis | 09/30/91 | SUPP 1-01443 | $ 1,864.00 | $ 39.42 | $ 1,903.42 | $ 1,903.42 |
| Forman Perry Watkins & Krutz | 10/11/91 | 81-002 | $ 2,409.00 | $ 490.39 | $ 2,899.39 | $ 2,899.39 |
| Maynard Torbert | 12/13/91 | Roop Aff., Ex. B (Jan. 1999) | $ - | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| Joint Defense Fund | 12/13/91 | Roop Aff., Ex. B (1/99) 82-003 | $ - | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Forman Perry Watkins & Krutz | 01/13/92 | Roop Aff., Ex. B (1/99) 81-004 | $ 1,885.00 | $ 323.35 | $ 2,208.35 | $ 2,208.50 |
| Thomas Price Alston Jones & Davis | 01/31/92 | SUPP 1-01446 | $ 4,111.50 | $ 1,459.44 | $ 5,570.94 | $ 5,570.94 |
| Thomas Price Alston Jones & Davis | 03/31/92 | SUPP 1-01450 | $ 535.00 | $ 47.20 | $ 582.20 | $ 582.20 |
| Forman Perry Watkins & Krutz | 04/10/92 | 81-005 | $ 4,848.50 | $ 1,485.41 | $ 6,333.91 | $ 6,333.91 |
| Daniel Coker Horton & Bell | 06/10/92 | 81-347 | $ 12,382.00 | $ 1,573.09 | $ 13,955.09 | $ 13,955.09 |
| Thomas Price Alston Jones & Davis | 06/25/92 | Roop Aff., Ex. B (1/99) | $ 82.50 | $ 6.26 | $ 88.76 | $ 89.10 |
| Thomas Price Alston Jones & Davis | 06/30/92 | SUPP 1-01453 | $ 1,365.00 | $ 116.68 | $ 1,481.68 | $ 1,481.68 |
| Joint Defense Fund | 07/08/92 | 82-003 | $ - | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Forman Perry Watkins & Krutz | 07/10/92 | 81-007 | $ 7,615.00 | $ 1,294.02 | $ 8,909.02 | $ 8,909.02 |
| Thomas Price Alston Jones & Davis | 08/11/92 | SUPP 1-01455 | $ 1,449.00 | $ 250.83 | $ 1,699.83 | $ 1,699.83 |
| Thomas Price Alston Jones & Davis | 09/01/92 | SUPP 1-01458 | $ 84.00 | $ 132.15 | $ 216.15 | $ 216.15 |
| Thomas Price Alston Jones & Davis | 09/30/92 | SUPP 1-01467 | $ 3,029.00 | $ 1,504.93 | $ 4,533.93 | $ 4,533.93 |
| Thomas Price Alston Jones & Davis | 09/30/92 | SUPP 1-00557 | $ 17,180.00 | $ 5,394.06 | $ 22,574.06 | $ 1,348.52 |
| Forman Perry Watkins & Krutz | 10/12/92 | 81-010 | $ 5,022.00 | $ 289.56 | $ 5,311.56 | $ 5,311.56 |
| Thomas Price Alston Jones & Davis | 10/30/92 | SUPP 1-00578 | $ 14,107.00 | $ 1,823.96 | $ 15,930.96 | $ 455.99 |

## MISSISSIPPI HEARING LOSS DEFENSE COSTS
(Invoices through 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Black & Decker Amount |
|---|---|---|---|---|---|---|
| Daniel Coker Horton & Bell | 11/06/92 | 004-0956 | $ 11,702.50 | $ 2,169.96 | $ 13,872.46 | $ 13,872.46 |
| Daniel Coker Horton & Bell | 11/06/92 | 006-1048 | $ 94,398.50 | $ 18,275.74 | $ 112,674.24 | $ 28,168.56 |
| Thomas Price Alston Jones & Davis | 11/30/92 | SUPP 1-0599 | $ 18,541.00 | $ 7,404.14 | $ 25,945.14 | $ 1,851.04 |
| Joint Defense Fund | 12/08/92 | 82-003 | $ - | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Thomas Price Alston Jones & Davis | 12/31/92 | SUPP 1-01460 | $ 3,792.00 | $ 623.71 | $ 4,415.71 | $ 4,415.71 |
| Thomas Price Alston Jones & Davis | 12/31/92 | SUPP 1-00612 | $ 11,396.00 | $ 1,871.13 | $ 13,267.13 | $ 467.78 |
| Forman Perry Watkins & Krutz | 01/11/93 | 81-012 | $ 5,550.00 | $ 1,929.25 | $ 7,479.25 | $ 7,479.25 |
| Thomas Price Alston Jones & Davis | 01/31/93 | SUPP 1-00624 | $ 30,457.30 | $ 3,088.56 | $ 33,545.86 | $ 755.89 |
| Daniel Coker Horton & Bell | 02/18/93 | 81-344 | $ 1,250.00 | $ 1,308.23 | $ 2,558.23 | $ 2,558.23 |
| Daniel Coker Horton & Bell | 02/18/93 | 81-290 | $ 95,021.00 | $ 16,685.25 | $ 111,706.25 | $ 27,926.56 |
| Alston Rutherford Tardy & Van Slyke | 02/28/93 | SUPP 1-01472 | $ 3,107.00 | $ 3.75 | $ 3,110.75 | $ 3,110.75 |
| Alston Rutherford Tardy & Van Slyke | 02/28/93 | SUPP 1-00636 | $ 9,210.66 | $ 1,054.16 | $ 10,264.82 | $ 263.54 |
| Miles & Stockbridge | 03/01/93 | SUPP 1-01139 | $ 15,047.50 | $ 1,630.62 | $ 16,678.12 | $ 16,678.12 |
| Alston Rutherford Tardy & Van Slyke | 03/31/93 | SUPP 1-01475 | $ 7,685.00 | $ 310.04 | $ 7,995.04 | $ 7,995.04 |
| Liberty Mutual (ESIS) | 04/02/93 | Schlemmer Ex. 7 (2001) | $ - | $ - | $ (31,996.03) | $ (31,996.03) |
| Miles & Stockbridge | 04/08/93 | SUPP 1-01143 | $ 23,180.00 | $ 1,124.64 | $ 24,304.64 | $ 24,304.64 |
| Forman Perry Watkins & Krutz | 04/12/93 | 81-015 | $ 10,762.00 | $ 2,253.10 | $ 13,015.10 | $ 13,015.10 |
| Alston Rutherford Tardy & Van Slyke | 04/15/93 | SUPP 1-00643 | $ 6,995.50 | $ 846.52 | $ 7,842.02 | $ 211.63 |
| Miles & Stockbridge | 04/30/93 | SUPP 1-01149 | $ 26,494.50 | $ 3,418.17 | $ 29,912.67 | $ 29,912.67 |

## MISSISSIPPI HEARING LOSS DEFENSE COSTS
(Invoices through 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Black & Decker Amount |
|---|---|---|---|---|---|---|
| Alston Rutherford Tardy & Van Slyke | 04/30/93 | SUPP 1-00651 | $ 16,169.70 | $ 1,818.30 | $ 17,988.00 | $ 454.60 |
| Daniel Coker Horton & Bell | 05/21/93 | 81-263 | $ 52,227.50 | $ 10,607.34 | $ 62,834.84 | $ 15,708.71 |
| Daniel Coker Horton & Bell | 05/21/93 | 004-1027 | $ 6,370.00 | $ 516.08 | $ 6,886.08 | $ 6,886.08 |
| Miles & Stockbridge | 05/27/93 | SUPP 1-01158 | $ 15,098.50 | $ 2,856.13 | $ 17,954.63 | $ 17,954.63 |
| Alston Rutherford Tardy & Van Slyke | 05/31/93 | SUPP 1-0663 | $ 15,254.00 | $ 1,846.44 | $ 17,100.44 | $ 461.61 |
| Miles & Stockbridge | 06/30/93 | SUPP 1-01165 | $ 20,784.50 | $ 1,690.95 | $ 22,475.45 | $ 22,475.45 |
| Alston Rutherford Tardy & Van Slyke | 06/30/93 | SUPP 1-01484 | $ 15,256.50 | $ 772.70 | $ 16,029.20 | $ 16,029.20 |
| Alston Rutherford Tardy & Van Slyke | 06/30/93 | SUPP 1-00675 | $ 17,825.50 | $ 9,458.45 | $ 27,283.95 | $ 2,364.61 |
| Forman Perry Watkins & Krutz | 07/13/93 | 81-019 | $ 12,815.00 | $ 1,641.51 | $ 14,456.51 | $ 14,456.51 |
| Miles & Stockbridge | 07/26/93 | SUPP 1-01172 | $ 13,394.50 | $ 4,864.75 | $ 18,259.25 | $ 18,259.25 |
| Liberty Mutual (ESIS) | 07/30/93 | Schlemmer Ex. 7 (2001) | $ - | $ - | $ (59,305.05) | $ (59,305.05) |
| Daniel Coker Horton & Bell | 08/03/93 | 81-340 | $ 9,690.00 | $ 1,772.73 | $ 11,462.73 | $ 11,462.73 |
| Alston Rutherford Tardy & Van Slyke | 08/05/93 | SUPP 1-01503 | $ 8,896.00 | $ 1,809.99 | $ 10,705.99 | $ 10,705.99 |
| Alston Rutherford Tardy & Van Slyke | 08/06/93 | SUPP 1-00688 | $ 12,652.00 | $ (4,044.77) | $ 8,607.23 | $ (1,011.19) |
| Daniel Coker Horton & Bell | 08/19/93 | 81-235 | $ 67,789.00 | $ 20,998.56 | $ 88,787.56 | $ 22,196.89 |
| Miles & Stockbridge | 08/25/93 | SUPP 1-01178 | $ 21,025.00 | $ 2,469.61 | $ 23,494.61 | $ 23,494.61 |
| Alston Rutherford Tardy & Van Slyke | 09/06/93 | SUPP 1-00701 | $ 1,856.50 | $ 5,594.94 | $ 7,451.44 | $ 1,386.23 |
| Alston Rutherford Tardy & Van Slyke | 09/08/93 | SUPP 1-01512 | $ 5,848.00 | $ 874.32 | $ 6,722.32 | $ 6,722.32 |
| Alston Rutherford Tardy & Van Slyke | 09/30/93 | SUPP 1-00715 | $ 23,721.50 | $ 2,533.39 | $ 26,254.89 | $ 633.35 |

MISSISSIPPI HEARING LOSS DEFENSE COSTS
(Invoices through 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Black & Decker Amount |
|---|---|---|---|---|---|---|
| Miles & Stockbridge | 10/01/93 | SUPP 1-01186 | $ 11,021.50 | $ 4,150.76 | $ 15,172.26 | $ 15,172.26 |
| Alston Rutherford Tardy & Van Slyke | 10/09/93 | SUPP 1-01523 | $ 8,116.50 | $ 529.02 | $ 8,645.52 | $ 8,645.52 |
| Forman Perry Watkins & Krutz | 10/13/93 | 81-026 | $ 18,746.00 | $ 4,129.31 | $ 22,875.31 | $ 22,875.31 |
| Joint Defense | 10/16/93 | 82-003 | $ - | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Alston Rutherford Tardy & Van Slyke | 10/31/93 | SUPP 1-00729 | $ 23,657.00 | $ 4,400.48 | $ 28,057.48 | $ 1,100.12 |
| Alston Rutherford Tardy & Van Slyke | 10/31/93 | SUPP 1-01535 | $ 8,042.00 | $ 1,353.79 | $ 9,395.79 | $ 9,395.79 |
| Miles & Stockbridge | 11/01/93 | SUPP 1-01193 | $ 15,074.50 | $ 1,888.12 | $ 16,962.62 | $ 16,962.62 |
| Daniel Coker Horton & Bell | 11/02/93 | 81-325 | $ 4,981.00 | $ 271.34 | $ 5,252.34 | $ 5,252.34 |
| Daniel Coker Horton & Bell | 11/02/93 | 81-206 | $ 82,203.00 | $ 16,914.26 | $ 99,117.26 | $ 24,779.32 |
| Miles & Stockbridge | 11/29/93 | SUPP 1-01199 | $ 4,143.00 | $ 1,240.90 | $ 5,383.90 | $ 5,383.90 |
| Alston Rutherford Tardy & Van Slyke | 11/30/93 | SUPP 1-01546 | $ 6,956.00 | $ 965.75 | $ 7,921.75 | $ 7,921.75 |
| Alston Rutherford Tardy & Van Slyke | 11/30/93 | SUPP 1-00744 | $ 20,126.00 | $ 4,538.06 | $ 24,664.06 | $ 1,134.52 |
| Miles & Stockbridge | 12/16/93 | SUPP 1-01205 | $ 8,934.50 | $ 1,066.80 | $ 10,001.30 | $ 10,001.30 |
| Alston Rutherford Tardy & Van Slyke | 12/31/93 | SUPP 1-01557 | $ 2,093.50 | $ 329.98 | $ 2,423.48 | $ 2,423.48 |
| Alston Rutherford Tardy & Van Slyke | 12/31/93 | SUPP 1-00763 | $ 8,743.50 | $ 1,183.26 | $ 9,926.76 | $ 295.82 |
| Forman Perry Watkins & Krutz | 01/18/94 | 81-032 | $ 19,569.50 | $ 3,929.21 | $ 23,498.71 | $ 23,498.71 |
| Miles & Stockbridge | 01/31/94 | SUPP 1-01132 | $ 6,238.00 | $ 1,482.17 | $ 7,720.17 | $ 7,720.17 |
| Alston Rutherford Tardy & Van Slyke | 01/31/94 | SUPP 1-01562 | $ 2,357.50 | $ 134.52 | $ 2,492.02 | $ 2,492.02 |
| Daniel Coker Horton & Bell | 02/18/94 | 81-337 | $ 2,050.00 | $ 29.63 | $ 2,079.63 | $ 2,079.63 |

MISSISSIPPI HEARING LOSS DEFENSE COSTS
(Invoices through 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Black & Decker Amount |
|---|---|---|---|---|---|---|
| Daniel Coker Horton & Bell | 02/18/94 | 81-181 | $ 64,210.50 | $ 15,271.27 | $ 79,481.77 | $ 19,870.42 |
| Miles & Stockbridge | 02/23/94 | SUPP 1-01128 | $ 1,616.50 | $ 43.96 | $ 1,660.46 | $ 1,660.46 |
| Liberty Mutual (ESIS) | 02/22/94 | Schlemmer Ex. 7 (2001) | $ - | $ - | $ (66,912.96) | $ (66,912.96) |
| Hartford/Home | 02/22/94 | Roop Aff., Ex. A (1/99) | $ - | $ - | $ (9,546.00) | $ (9,546.00) |
| Twin Cities | 02/22/94 | Roop Aff., Ex. A (1/99) | $ - | $ - | $ (14,022.00) | $ (14,022.00) |
| Alston Rutherford Tardy & Van Slyke | 02/28/94 | SUPP 1-01572 | $ 2,624.00 | $ 452.82 | $ 3,076.82 | $ 3,076.82 |
| Alston Rutherford Tardy & Van Slyke | 02/08/94 | SUPP 1-00772 | $ 6,670.50 | $ 760.21 | $ 7,430.71 | $ 190.05 |
| Alston Rutherford Tardy & Van Slyke | 02/28/94 | SUPP 1-00787 | $ 9,915.00 | $ 2,760.41 | $ 12,675.41 | $ 690.10 |
| Miles & Stockbridge | 03/25/94 | SUPP 1-01122 | $ 14,862.50 | $ 7,408.72 | $ 22,271.22 | $ 22,271.22 |
| Alston Rutherford Tardy & Van Slyke | 03/31/94 | SUPP 1-01586 | $ 6,641.50 | $ 814.60 | $ 7,456.10 | $ 7,456.10 |
| Alston Rutherford Tardy & Van Slyke | 04/05/94 | SUPP 1-00802 | $ 15,819.00 | $ 3,977.18 | $ 19,796.18 | $ 994.30 |
| Forman Perry Watkins & Krutz | 04/14/94 | 81-039 | $ 9,910.50 | $ 2,729.12 | $ 12,639.62 | $ 12,639.62 |
| Miles & Stockbridge | 04/26/94 | SUPP 1-01118 | $ 287.50 | $ 53.28 | $ 340.78 | $ 340.78 |
| Alston Rutherford Tardy & Van Slyke | 04/30/94 | SUPP 1-00820 | $ 7,254.50 | $ 353.87 | $ 7,608.37 | $ 88.34 |
| Alston Rutherford Tardy & Van Slyke | 05/04/94 | SUPP 1-1603 | $ 3,355.00 | $ 104.96 | $ 3,459.96 | $ 3,459.96 |
| Daniel Coker Horton & Bell | 05/19/94 | 81-333 | $ 6,900.00 | $ 4,558.76 | $ 11,458.76 | $ 11,458.76 |
| Daniel Coker Horton & Bell | 05/20/94 | 81-161 | $ 58,869.50 | $ 10,002.49 | $ 68,871.99 | $ 17,218.00 |
| Miles & Stockbridge | 05/24/94 | SUPP 1-01114 | $ 1,326.50 | $ 67.36 | $ 1,393.86 | $ 1,393.86 |
| Alston Rutherford Tardy & Van Slyke | 05/31/94 | SUPP 1-01630 | $ 1,943.00 | $ 119.17 | $ 2,062.17 | $ 2,062.17 |

MISSISSIPPI HEARING LOSS DEFENSE COSTS
(Invoices through 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Black & Decker Amount |
|---|---|---|---|---|---|---|
| Alston Rutherford Tardy & Van Slyke | 05/31/94 | SUPP 1-00859 | $ 6,895.50 | $ 1,102.59 | $ 7,998.09 | $ 275.65 |
| Milles & Stockbridge | 06/23/94 | SUPP 1-01110 | $ 1,059.50 | $ 22.55 | $ 1,082.05 | $ 1,082.05 |
| Alston Rutherford Tardy & Van Slyke | 06/30/94 | SUPP 1-01597 | $ 1,399.50 | $ 311.55 | $ 1,711.05 | $ 1,711.05 |
| Alston Rutherford Tardy & Van Slyke | 07/12/94 | SUPP 1-00882 | $ 2,776.00 | $ 1,445.13 | $ 4,221.13 | $ 361.28 |
| Forman Perry Watkins & Krutz | 07/13/94 | 81-044 | $ 3,052.00 | $ 1,119.22 | $ 4,171.22 | $ 4,171.22 |
| Milles & Stockbridge | 07/28/94 | SUPP 1-01106 | $ 437.50 | $ 28.38 | $ 465.88 | $ 465.88 |
| Alston Rutherford Tardy & Van Slyke | 07/31/94 | SUPP 1-01639 | $ 2,137.50 | $ 55.86 | $ 2,193.36 | $ 2,193.35 |
| Alston Rutherford Tardy & Van Slyke | 07/31/94 | SUPP 1-00895 | $ 5,882.50 | $ 298.16 | $ 6,180.66 | $ 7,454.00 |
| Daniel Coker Horton & Bell | 08/11/94 | 81-144 | $ 40,351.00 | $ 4,161.12 | $ 44,512.12 | $ 11,128.03 |
| Daniel Coker Horton & Bell | 08/11/94 | 81-329 | $ 1,225.00 | $ 181.00 | $ 1,406.00 | $ 1,406.00 |
| Milles & Stockbridge | 08/24/94 | SUPP 1-01101 | $ 5,718.50 | $ 868.91 | $ 6,587.41 | $ 6,587.41 |
| Alston Rutherford Tardy & Van Slyke | 08/31/94 | SUPP 1-01650 | $ 2,707.20 | $ 180.15 | $ 2,887.35 | $ 2,887.35 |
| Alston Rutherford Tardy & Van Slyke | 08/31/94 | SUPP 1-00907 | $ 7,760.60 | $ 875.69 | $ 8,636.29 | $ 218.92 |
| Alston Rutherford Tardy & Van Slyke | 09/30/94 | SUPP 1-1658 | $ 3,849.00 | $ 237.86 | $ 4,086.86 | $ 4,086.86 |
| Alston Rutherford Tardy & Van Slyke | 09/30/94 | SUPP 1-00920 | $ 6,667.50 | $ 663.55 | $ 7,331.05 | $ 165.88 |
| Milles & Stockbridge | 10/03/94 | SUPP 1-01096 | $ 6,150.00 | $ 460.24 | $ 6,610.24 | $ 6,610.24 |
| Forman Perry Watkins & Krutz | 10/25/94 | 81-047 | $ 13,596.00 | $ 1,934.94 | $ 15,530.94 | $ 15,530.94 |
| Milles & Stockbridge | 10/26/94 | SUPP 1-01089 | $ 16,415.00 | $ 2,531.25 | $ 18,946.25 | $ 18,946.25 |
| Alston Rutherford Tardy & Van Slyke | 10/31/94 | SUPP 1-01667 | $ 2,372.00 | $ 265.02 | $ 2,637.02 | $ 2,637.02 |

MISSISSIPPI HEARING LOSS DEFENSE COSTS
(Invoices through 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Black & Decker Amount |
|---|---|---|---|---|---|---|
| Alston Rutherford Tardy & Van Slyke | 10/31/94 | SUPP 1-01673 | $ 6,883.00 | $ 1,546.68 | $ 8,429.68 | $ 386.67 |
| Miles & Stockbridge | 11/25/94 | SUPP 1-01084 | $ 20,551.50 | $ 1,739.98 | $ 22,291.48 | $ 22,291.48 |
| Daniel Coker Horton & Bell | 11/29/94 | 81-126 | $ 51,257.00 | $ 9,027.26 | $ 60,284.26 | $ 15,071.07 |
| Alston Rutherford Tardy & Van Slyke | 11/30/94 | SUPP 1-00946 | $ 4,197.00 | $ 761.26 | $ 4,958.26 | $ 190.32 |
| Miles & Stockbridge | 12/21/94 | SUPP 1-01079 | $ 9,146.00 | $ 3,220.88 | $ 12,366.88 | $ 12,366.88 |
| Alston Rutherford Tardy & Van Slyke | 12/31/94 | SUPP 1-00956 | $ 4,238.00 | $ 3,712.77 | $ 7,950.77 | $ 928.19 |
| Forman Perry Watkins & Krutz | 02/08/95 | 81-052 | $ 17,074.00 | $ 6,088.49 | $ 23,162.49 | $ 23,162.49 |
| Miles & Stockbridge | 02/13/95 | SUPP 1-01075 | $ 9,870.00 | $ 6,894.96 | $ 16,764.96 | $ 16,764.96 |
| Miles & Stockbridge | 03/03/95 | SUPP 1-01071 | $ 3,869.00 | $ 5,903.16 | $ 9,772.16 | $ 9,772.16 |
| Forman Perry Watkins & Krutz | 03/16/95 | 81-056 | $ 7,971.50 | $ 1,392.55 | $ 9,364.05 | $ 9,364.05 |
| Miles & Stockbridge | 03/28/95 | SUPP 1-01067 | $ 611.00 | $ 2,260.03 | $ 2,871.03 | $ 2,871.03 |
| Forman Perry Watkins & Krutz | 04/20/95 | 81-058 | $ 4,943.50 | $ 166.94 | $ 5,110.44 | $ 5,110.44 |
| Miles & Stockbridge | 05/01/95 | SUPP 1-01064 | $ 1,493.00 | $ 246.77 | $ 1,739.77 | $ 1,739.77 |
| Forman Perry Watkins & Krutz | 05/15/95 | 81-060 | $ 7,669.00 | $ 2,429.69 | $ 10,098.69 | $ 10,098.69 |
| Miles & Stockbridge | 05/26/95 | SUPP 1-01060 | $ 4,178.78 | $ 586.46 | $ 4,765.24 | $ 4,765.24 |
| Forman Perry Watkins & Krutz | 06/27/95 | 81-063 | $ 20,737.00 | $ 4,523.35 | $ 25,260.35 | $ 25,260.35 |
| Miles & Stockbridge | 07/10/95 | SUPP 1-01055 | $ 18,660.50 | $ 13,984.28 | $ 32,644.78 | $ 32,644.78 |
| Miles & Stockbridge | 07/24/95 | SUPP 1-01050 | $ 23,867.50 | $ 6,695.50 | $ 30,563.00 | $ 30,563.00 |
| Forman Perry Watkins & Krutz | 08/02/95 | 81-067 | $ 33,005.00 | $ 7,861.21 | $ 40,866.21 | $ 40,886.21 |

## MISSISSIPPI HEARING LOSS DEFENSE COSTS
(Invoices through 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Black & Decker Amount |
|---|---|---|---|---|---|---|
| Forman Perry Watkins & Krutz | 08/22/95 | 81-071 | $ 25,980.00 | $ 1,186.46 | $ 27,166.46 | $ 27,166.46 |
| Miles & Stockbridge | 09/01/95 | SUPP 1-01046 | $ 2,998.00 | $ 207.62 | $ 3,205.62 | $ 3,205.62 |
| Forman Perry Watkins & Krutz | 09/21/95 | 81-076 | $ 21,420.50 | $ 6,624.68 | $ 28,045.18 | $ 28,045.18 |
| Miles & Stockbridge | 09/25/95 | SUPP 1-01040 | $ 34,775.00 | $ 18,768.55 | $ 53,543.55 | $ 53,543.55 |
| Forman Perry Watkins & Krutz | 10/16/95 | 81-081 | $ 31,155.00 | $ 5,732.50 | $ 36,887.50 | $ 36,887.50 |
| Miles & Stockbridge | 10/24/95 | SUPP 1-01034 | $ 25,483.50 | $ 7,367.20 | $ 32,850.70 | $ 32,850.70 |
| Miles & Stockbridge | 11/15/95 | SUPP 1-01028 | $ 31,111.50 | $ 16,863.56 | $ 47,975.06 | $ 47,975.06 |
| Forman Perry Watkins & Krutz | 11/15/95 | 81-089 | $ 38,144.50 | $ 12,551.97 | $ 50,696.47 | $ 50,696.47 |
| Forman Perry Watkins & Krutz | 12/14/95 | 81-097 | $ 19,131.50 | $ 9,733.15 | $ 28,864.65 | $ 28,864.25 |
| Miles & Stockbridge | 12/21/95 | SUPP 1-01022 | $ 18,223.50 | $ 6,377.99 | $ 24,601.49 | $ 24,601.49 |
| Miles & Stockbridge | 01/22/96 | SUPP 1-01018 | $ 2,406.00 | $ 2,102.17 | $ 4,508.17 | $ 4,508.17 |
| Forman Perry Watkins & Krutz | 01/31/96 | 81-104 | $ 3,261.50 | $ 6,813.60 | $ 10,075.10 | $ 10,075.10 |
| Joint Defense | 02/17/96 | 82-003 | $ - | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Forman Perry Watkins & Krutz | 02/21/96 | 81-107 | $ 14,493.00 | $ 4,304.74 | $ 18,797.74 | $ 18,797.74 |
| Miles & Stockbridge | 03/06/96 | SUPP 1-01014 | $ 13,667.50 | $ 368.62 | $ 14,036.12 | $ 14,036.12 |
| Forman Perry Watkins & Krutz | 03/19/96 | 81-110 | $ 5,945.00 | $ 1,749.67 | $ 7,694.67 | $ 7,694.67 |
| Gelt Fleishman & Sterling | 03/20/96 | 89-738 | $ 2,739.00 | $ 166.60 | $ 2,905.60 | $ 2,905.60 |
| Miles & Stockbridge | 03/29/96 | SUPP 1-01009 | $ 19,903.00 | $ 147.47 | $ 20,050.47 | $ 20,050.47 |
| Gelt Fleishman & Sterling | 04/20/96 | 89-721 | $ 17,979.00 | $ 178.02 | $ 18,157.02 | $ 18,157.02 |

## MISSISSIPPI HEARING LOSS DEFENSE COSTS
### (Invoices through 11/17/1997)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total | Black & Decker Amount |
|---|---|---|---|---|---|---|
| Forman Perry Watkins & Krutz | 04/29/96 | 81-113 | $ 21,999.50 | $ 1,699.75 | $ 23,699.25 | $ 23,699.25 |
| Miles & Stockbridge | 05/09/96 | SUPP 1-01001 | $ 17,546.00 | $ 618.36 | $ 18,164.36 | $ 18,164.36 |
| Forman Perry Watkins & Krutz | 05/16/96 | 81-118 | $ 34,232.50 | $ 5,612.85 | $ 39,845.35 | $ 39,845.35 |
| Gelt Fleishman & Sterling | 05/20/96 | 89-710 | $ 100.50 | $ 1,305.40 | $ 1,405.90 | $ 1,434.71 |
| Gelt Fleishman & Sterling | 05/21/96 | 89-708 | $ - | $ 5,649.02 | $ 5,649.02 | $ 5,649.02 |
| Miles & Stockbridge | 05/29/96 | SUPP 1-00995 | $ 22,465.50 | $ 2,456.11 | $ 24,921.61 | $ 24,921.61 |
| Miles & Stockbridge | 07/09/96 | SUPP 1-00991 | $ 1,085.50 | $ 119.60 | $ 1,205.10 | $ 1,205.10 |
| Miles & Stockbridge | 07/25/96 | SUPP 1-00988 | $ 376.00 | $ 52.28 | $ 428.28 | $ 428.28 |
| Miles & Stockbridge | 08/29/96 | SUPP 1-00985 | $ 188.00 | $ 0.40 | $ 188.40 | $ 188.40 |
| Miles & Stockbridge | 09/23/96 | SUPP 1-00982 | $ - | $ 609.38 | $ 609.38 | $ 609.38 |
| Miles & Stockbridge | 11/14/96 | SUPP 1-00979 | $ 47.00 | $ (9.20) | $ 37.80 | $ 37.80 |
| Miles & Stockbridge | 12/26/96 | SUPP 1-00976 | $ 32.50 | $ - | $ 32.50 | $ 32.50 |
| Miles & Stockbridge | 06/26/97 | SUPP 1-01223 | $ 21.00 | $ 0.80 | $ 21.80 | $ 21.80 |
| Miles & Stockbridge | 08/13/97 | SUPP 1-01220 | $ 14.00 | $ - | $ 14.00 | $ 14.00 |
| Miles & Stockbridge | 09/26/97 | SUPP 1-01217 | $ 63.00 | $ 11.25 | $ 74.25 | $ 74.25 |
| Miles & Stockbridge | 10/23/97 | SUPP 1-01214 | $ 21.00 | $ 0.51 | $ 21.51 | $ 21.51 |
| Miles & Stockbridge | 11/17/97 | SUPP 1-01211 | $ 90.00 | $ - | $ 90.00 | $ 90.00 |
| | | **TOTAL:** | | | | $ 1,525,006.93 |
| | | **PAYMENT** | February 12, 2002 | | | $ (481,831.88) |
| | | **BALANCE DUE:** | | | | $ 1,043,175.05 |