# EXHIBIT I

Schlemmer 104
DEPOSITION
EXHIBIT
4/26/01

PAGE 01                         CHECK LIST (CK)                    SPEC CLM SERV N
INSD BLACK & DECKER                DOL 07/01/1978 CLAIM NO P 033-138105-01 REG
CLMT SHADDOX,HENRY LEE                                 CLAIM STATUS O

| SV NO | CH/EFT NO | PAYEE | PYMT AMT | ISSUE DATE | Cashed T/C ST | PR ST | RV ST | R/lie R/R ST | ID | Index |
|-------|-----------|-------|----------|------------|------|----|----|-----|----|-------|
| 004 | 03644258 | ESIS INC | 66912.96 | 02/22/1994 | 3-08-94 | 00 | 16202 | | C001C57 | 9407001 |
| 003 | 03135430 | ESIS | 59305.05 | 07/30/1993 | 8-10-93 | 00 | 1025 | | C001D27 | 9322501 |
| 002 | 02827227 | ESIS INC | 31996.03 | 04/02/1993 | 4-6-93 | 00 | 06581 | | C001D27 | 9315401 |

SKIP TO DATE

                              ENTER    SV NO        AND :
SP       CMSP      R+C       CMR+C    STATUS       STOP PRINT      DISPLAY      CORR MENU
R/R ST MESSAGE

SCREEN                 SUFFIX                       REMARKS Y
                                                                        ID C033B75

0312300

⁗564584998⁗ ⁙011000170⁙100 8161⁗89          ⁗0001500000⁙

| CHECK NUMBER | OFFICE NO. | | B. CODE | 5-39/110 |
|---|---|---|---|---|
| 02827227 | 585 | **LIBERTY MUTUAL** | 280 | |

Liberty Mutual
Insurance Group/Boston
PAYMENT IDENTIFICATION

| DATE OF CHECK | P 585-015539-01 | PAY ► $31996.03** |
|---|---|---|

VOID IF NOT PRESENTED WITHIN
6 MONTHS OF DATE OF CHECK

04/02/93

PAY TO THE
ORDER OF        ESIS INC
                SUITE 400 PO BOX 18
                COLUMBIA, MD 21045

*E J William*

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116          NOT VALID IN EXCESS OF $150,000

⁗C2827227⁗ ⁙011000390⁙100  5288⁗89          ⁗0003199603⁙

| CHECK NUMBER | OFFICE NO. | | B. CODE | 5-39/110 |
|---|---|---|---|---|
| 02778534 | 311 | **LIBERTY MUTUAL** | 280 | |

Liberty Mutual

PAY ► $469 63**

...



APR 06 1993

CIGNA Corporation
CIGNA Property and Casualty Insurance Company
Insurance Company of North America (INA)
Pacific Employers Insurance Company
Fiduciary Services International, Inc. (FSII)
ESIS, Inc.
For Claims Use Only
Area # 115.86123.6

P.O. BOX 13842 PHILA PA CORRESTABLE5 NAME
3540 4557 AP1293      :0810001011 DEP ACCT# 0108351*

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116                          NOT VALID IN EXCESS OF $150,000

⑈03116808⑈  ⑆011000390⑆100  5288⑈84                                    ⑈0000486690⑈

| CHECK NUMBER | OFFICE NO. | LIBERTY | B. COX | 5-39/110 |
| 05735430 | 585 | MUTUAL | 280 | |

Liberty Mutual
Insurance Group/Boston
PAYMENT IDENTIFICATION

PAY ► $59305.05**

| DATE OF CHECK | P 585-015539-01 |

VOID IF NOT PRESENTED WITHIN
6 MONTHS OF DATE OF CHECK

07/30/93

PAY TO THE
ORDER OF

ESIS
701 EAST JOPPA RD.
TW 277 P.O. BOX 6702
TOWSEN, MD 21285

*EJ Williams*

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

NOT VALID IN EXCESS OF $150,000

⑈03135430⑈  ⑆011000390⑆100  5288⑈84                                    ⑈0005930505⑈

P.O. BOX 1525
DOVER, NH 03820-1525
ATTN: DISBURSEMENTS

LIBERTY
MUTUAL

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

5-39/110



ITT HARTFORD AS SUBROGEE FOR
200 W MADISON ST - 9TH FLOOR
CHICAGO, IL 60660-6

*E J Williams*

NOT VALID IN EXCESS OF $150,000

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

⑆03655390⑆ ⑈011000390⑈100 5288⑆89          ⑈0000327263⑈

523 AC 566 25

| CHECK NUMBER | OFFICE NO. | | B. CODE | 5-39/110 |
|---|---|---|---|---|
| '03644258 | 033 | LIBERTY MUTUAL | 280 | PAY ▶ $66912.96** |
| | | Liberty Mutual Insurance Group/Boston | | VOID IF NOT PRESENTED WITHIN 6 MONTHS OF DATE OF CHECK |

| DATE OF CHECK | |
|---|---|
| 02/22/94 | P 033-138105-01 |

PAY TO THE
ORDER OF

ESIS INC
701 EAST JOPPA ROAD TW 277
PO BOX 6702
TOWSON, MD 21285-6702

*E J Williams*

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

NOT VALID IN EXCESS OF $150,000

⑆03644258⑆ ⑈011000390⑈100 5288⑆89          ⑈0000669129⑈

| CHECK NUMBER | OFFICE NO. | | B. CODE | 5-39/110 |
|---|---|---|---|---|
| '03670061 | 535 | LIBERTY MUTUAL | 280 | PAY ▶ $109.05** |
| | | Liberty Mutual Insurance Group/Boston | | VOID IF NOT PRESENTED WITHIN |

