# EXHIBIT V

Black & Decker (U.S.) Inc.
701 East Joppa Road
Towson, Maryland 21286
410 716 3900   Mail Stop TW177
Telex 87-930
Direct Dial:    410-716-2835
FAX:            410-716-2379


**BLACK&DECKER®**

February 16, 1994

Ms. Ginny Chaplin
Claims Supervisor
Liberty Mutual Insurance Company
226 Schilling Circle
Hunt Valley, MD  21031

    Re:    **Mississippi Vibration Cases**
            **B&D File No.:**    **L-1311-P**

Dear Ms. Chaplin:

    Please be advised that Black & Decker was served on August 30, 1993 with a Complaint filed in Jackson County, Mississippi, brought by 718 Plaintiffs in a case in which the Plaintiffs allege they had sustained hand-arm vibration syndrome while working in a ship yard. Plaintiffs further allege that their vibration injuries were caused by their use of tools, including those manufactured by Black & Decker.

    The Complaint states that the injuries occurred over a period of time from 1936 to the present. Therefore, we are placing you on notice and ask that you communicate with us about coordinating the defense of this case with Black & Decker's other insurance carriers.

    We have retained the services of three attorneys in Mississippi who are already representing various defendants there and we have entered into a joint counsel agreement with them.

    The attorneys are as follows:

        J. Price Coleman, Esquire
        Daniel, Coker, Horton & Bell
        111 Capitol Building, Suite 600
        Jackson, MS  39205

        Thomas W. Tardy, Esquire
        Thomas, Price, Alston, Jones & Davis
        121 N. State Street
        P. O. Drawer 1532
        Jackson, MS  39215-1532

XXVII-072

CONFIDENTIAL INFORMATION
MISC4-3371

Re: Mississippi Vibration Cases
Page Two
February 16, 1994

       Fred Krutz, Esquire
       Forman, Harry, Watkins, Krutz
       P. O. Box 22608
       1 Jackson Place
       12th Floor
       188 E. Capitol Street
       Jackson, MS  39225

    The attorneys have been informed of the service date and have filed an appropriate response for Black & Decker. In the meantime, we ask that you communicate with us so that we can coordinate the administration of this case.

                         Sincerely,

                         M. Jean Montague
                         Senior Claims Administrator

MJM/pmd
Enclosure

CONFIDENTIAL INFORMATION
MISC4-3372