# EXHIBIT Z

LAW OFFICES
## MILES & STOCKBRIDGE
10 LIGHT STREET
BALTIMORE, MARYLAND 21202

TELEPHONE 410-727-6464

Page 1
Date 8/25/93
BDA .000085-L83

Black & Decker (U.S.) Inc.
701 East Joppa Road
Towson MD 21286

PEIV52-0631184

Re: Vibration Claims--General

-------------------------------------------------------------------

FOR PROFESSIONAL SERVICES RENDERED July 1, 1993 through July 31, 1993:

|  |  |
|---|---|
| Total Fees | $1137.50 |
| TOTAL THIS INVOICE | $1137.50 |

Please return a copy of this invoice with your remittance. Thank you.

CONFIDENTIAL INFORMATION
SUPP 1-01361

```
BILLER:       Bowen, Lowell K.                                          PAGE    36  TA102
RESPONSIBLE:  Campbell, Glenn C.                                        DATE    8/25/93
ORIGINATOR:   Campbell, Glenn C.                                        TIME    14:53:30
REQUESTED BY:HERRMANN                                                   MATTER PAGE   1

                            Miles & Stockbridge
                       BILLING MEMORANDUM, WORK IN-PROCESS
                           PERIOD 0/00/00 - 7/31/93

BDA  .000008                      RE: Vibration Claims--General
Black & Decker (U.S.) Inc.
701 East Joppa Road
Towson           MD  21286                 DATE OPENED 6/15/93       BILL MONTHLY
Corporate

                    FOR PROFESSIONAL SERVICES RENDERED July 1, 1993 through
                       July 31, 1993:

-------------------------------------F E E S----------------------------------------------

                                                            HOURS  AMOUNT H  RATE  PAGELN FNC ACTION
7/07/93 0925 JFS  Review Complaint; telephone call with Coleman regarding same.
                                                              .60   156.00   260.00 3641747
7/08/93 0925 JFS  Review complaint; telephone call with Jim O'Brien; telephone
                  call with Coleman regarding same; analysis of plaintiffs.
                                                              .90   234.00   260.00 3640040
7/09/93 0925 JFS  Conference with O'Brien, Gately, Duvall, Campbell regarding
                  status.                                    1.20   312.00   260.00 3640050
7/12/93 0925 JFS  Telephone calls with Coleman regarding articles, conference
                  with Lockwood regarding document search.    .90   234.00   260.00 3640064
7/14/93 0760 GCD  Review J. Sweeney materials and enclosures  .40    80.00   200.00 3641779
7/28/93 0925 JFS  Review new vibration articles, telephone call with McCunney
                  regarding same.                            1.10   286.00   260.00 3676559
                                                             ----- --------
                                                             5.10  1302.00 * 7/93
                                          TOTAL FEES         ----- --------
                                                             5.10  1302.00

---------------------------------E X P E N S E S-------------------------------------------


-----------------------------BILLING INSTRUCTIONS-----------------------------------
                                               BILL   PRIMARY              D  REMAINDER INVOICE
                 ------UNBILLED------          THRU   CD C/H/              E.P. DISPOSITION DATE     MULTI-
                 HOURS    AMOUNT     TKPR      DATE   W/K/O    AMOUNT E II W/BLANK         MMDDYY INV # MATTER
8/11/93 Sweeney, John F.   4.70    1222.00  0925     7/28/93                       F D
8/23/93 Duvall, G. C.       .40      80.00  0760     7/14/93    80.00              F D
                                                     7/28/93                       F D
                                                     7/28/93                       F D

TOTAL BILLABLE FEES        5.10    1302.00           7/28/93                       F D
```

CONFIDENTIAL INFORMATIO
SUPP 1-01362

```
BILLER:   Bowen, Lowell R.                    Miles & Stockbridge              PAGE   37 TA102
BUA  .000088                                                                   DATE  8/25/93
Black & Decker (U.S.) Inc.         RE: Vibration Claims--General               TIME  14:51:38
                                                                               MATTER PAGE  2

---------------------------------BILLING INSTRUCTIONS---------------------------
                                       BILL    PRIMARY    D  REMAINDER  INVOICE
GROUP                       UNBILLED   THRU    CB C/H/    F  F DISPOSITION DATE       MULTI-
CODE   DESCRIPTION          AMOUNT     FNC  DATE     W/R/O AMOUNT  E H  W/BLANK  MMDDYY INV # MATTER
                            ********   ****  0/00/00    ** ******* E D  ********  ********   **
                            ********         0/00/00    ** ******* E D  ********  ********   **
                                 .00
 TOTAL BILLABLE EXPENSES

    TOTAL BILLABLE AMOUNT      1302.00

MEMORANDUM: FEES BEYOND CUTOFF    HOURS      .20   AMOUNT      52.00   LAST ENTRY  8/03/93
            EXPENSES BEYOND CUTOFF                 AMOUNT       5.00   LAST ENTRY  8/02/93
--------------------------------TRUST ACCOUNTS-------------INVOICE SUMMARIES-----
                                                     -----ACCOUNTS RECEIVABLE AGING FOR- 8/25/93
                          -------MATTER STATISTICS-------
                          YEAR TO DATE    LIFE TO DATE                 YEAR TO DATE   LIFE TO DATE
HOURS RELIEVED                  .00                      EXPENSES RELIEVED    .00            .00
FEES RELIEVED                   .00            .00       EXPENSES BILLED      .00            .00
FEES BILLED                     .00            .00       EXPENSES WRITTEN UP/DOWN .00        .00
FEES WRITTEN UP/DOWN            .00            .00       EXPENSES UNCONFIRMED .00
FEES UNCONFIRMED                .00            5.10      EXPENSES UNBILLED
HOURS UNBILLED                                           TOTAL UNBILLED       .00
FEES UNBILLED                                 1302.00
TOTAL COLLECTIONS               .00                                                    1302.00
```

CONFIDENTIAL INFORMATION
SUPP 1-01363

## Forman, Perry, Watkins & Krutz
A Professional Association
Attorneys At Law

Suite 1200
One Jackson Place
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone (601) 960-8600
TAX ID: 64-0925144

```
BLACK & DECKER (U.S.), INC.                              JAN. 18, 1994
701 E. JOPPA ROAD
TOWSON, MARYLAND 21204                                   PAGE      1

                                                         42498   41220


MATTER: HAND ARM VIBRATION SYNDROME


INVOICE FOR SERVICES THROUGH 12/31/93:

10/25/93  FHK - REVIEW AND CONSIDER KLEISMET'S DRAFT OF JOINT      FHK    .4
          DEFENSE AGREEMENT; TC TARDY
11/17/93  JDM - LETTER RE: NUMBER OF PLAINTIFFS                    JDM    .1
11/23/93  LLD - UPDATE PLAINTIFFS INFORMATION ON COMPUTER REGARDING LLD   1.0
          PLAINTIFFS ON HAND-ARM VIBRATION CASE; PREPARE AND PRINT
          REPORT SHOWING ALL VIBRATION PLAINTIFFS WHO HAVE HEARING
          LOSS CASES
11/24/93  LLD - PREPARE LIST OF FP TOOLS AT INGALLS PER YEAR;      LLD    .5
          PREPARE REPORTS OF EACH GROUP OF HEARING LOSS PLAINTIFF'S
          EMPLOYMENT DATES; MEETING TO DISCUSS VIBRATION PLAINTIFFS
11/24/93  LLD - UPDATE VIBRATION PLAINTIFF'S FILES                 LLD    .5
11/24/93  FHK - REVIEW PLAINTIFFS' MOTION TO AMEND, BRIEF, AND     FHK    1.0
          DISCOVERY REQUESTS; LETTER TO SWEENEY
11/29/93  FHK - REVIEW/CONSIDER MOTION AND BRIEF TO AMEND HL       FHK    .5
          COMPLAINT TO ASSERT HAVS CLAIMS
11/29/93  LLD - UPDATE PLAINTIFFS' FILES; PREPARE REPORT WITH      LLD    2.0
          INFORMATION FROM HEARING LOSS CASES
11/30/93  LLD - PREPARE REPORTS AND DOCUMENTS REFERRING TO         LLD    2.0
          PLAINTIFFS WITH HEARING LOSS CASES

                               HOURS      RATE          FEE
          LLD   LESLEY L. DENNIS   6.0     65.00       390.00
          FHK   FRED KRUTZ III     1.9    140.00       266.00
          JDM   JANET MCMURTRAY     .1    125.00        12.50

                                        TOTAL FEE            668.50

                                        TOTAL THIS INVOICE   668.50

                                        BALANCE NOW DUE      668.50


       0-30 DAYS       31-60 DAYS      61-90 DAYS     91-120 DAYS    120+ DAYS
         668.50            .00            .00             .00            .00
```

LXXXVII-101    CONFIDENTIAL INFORMATION

**rman, Perry, Watkins & K z**
A Professional Limited Liability Company
Attorneys At Law
Suite 1200
One Jackson Place
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone (601) 960-8600
TAX ID: 64-0953477

BLACK & DECKER (U.S.), INC.          APR 15, 1998
701 E. JOPPA ROAD
TOWSON, MARYLAND 21204               PAGE      1

                                     40458   41220


MATTER: HAND ARM VIBRATION SYNDROME

INVOICE FOR SERVICES THROUGH  3/31/98:

```
1/14/98 FHK - TC JULIE LAWSON                              FHK    .5
1/15/98 FHK - TC JOHN SWEENEY                              FHK    .5
1/16/98 FHK - TC JOHN SWEENEY                              FHK    .3
3/02/98 FHK - PREPARE FOR MEETING IN BALTIMORE; T/C SWEENEY FHK   2.2
3/04/98 FHK - EXTENDED T/C PAUL MINOR RE: STATUS OF SETTLEMENT  FHK   1.4
              OF OTHER DEFENDANTS AND GETTING US OUT; T/C SWEENEY
3/31/98 NST - T/C CINDY FREY IN JOHN SWEENEY'S OFFICE       NST   1.0
              RE: EXPERT DOCUMENTS NEEDED (.2); PREPARE
              DOCUMENTS REQUESTED VIA FED EX (.8)
```

```
              HOURS      RATE        FEE
FHK  FRED KRUTZ III    4.9     165.00     808.50
NST  NOVLE S. TURNAGE  1.0      65.00      65.00

                              TOTAL FEE          873.50
```

EXPENSES:

```
1/23/98 CHECK # 53385 DISBURSED TO CHOICE COPY SERVICE RE:    449.88
        PHOTOCOPIES

        LONG DISTANCE                                          51.21

                              TOTAL EXPENSE        501.09

                              TOTAL THIS INVOICE 1,374.59

                              BALANCE FORWARD      692.34
                              ADJUSTMENT  4/08/98  692.34C
                              BALANCE NOW DUE    1,374.59
```

```
 0-30 DAYS       31-60 DAYS      61-90 DAYS     91-120 DAYS    120+ DAYS
1,374.59            .00             .00             .00            .00
```

SUPP 2 - 1577
CONFIDENTIAL INFORMATION

Orman, Perry, Watkins & Krutz
A Professional Limited Liability Company
Attorneys At Law
Suite 1200
One Jackson Place
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone (601) 960-8600
TAX ID: 64-0353477

CHUBB & SON, INC.                                      APR 15, 1998

                                                       PAGE       1

                                                       40077   41710

MATTER: MISSOURI PACIFIC

INVOICE FOR SERVICES THROUGH 3/31/98:

5/13/97 FHK - T/C MARK KINZIE                          FHK    .1
2/11/98 FHK - T/C MARK KINZIE                          FHK    .2
3/04/98 FHK - REVIEW OUR BRIEF ON ALLOCATION           FHK    .5

                         HOURS      RATE        FEE
    FHK  FRED KRUTZ III    .8      150.00      120.00

                                 TOTAL FEE              120.00

                                 TOTAL THIS INVOICE     120.00

                                 BALANCE NOW DUE        120.00

    0-30 DAYS    31-60 DAYS    61-90 DAYS    91-120 DAYS    120+ DAYS
    120.00          .00           .00            .00           .00

SUPP 2 - 1578

CONFIDENTIAL
INFORMATION



LAW OFFICES
## MILES & STOCKBRIDGE P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464

Page                1

Date         11/26/99
ZBPPT .000501-LRB

The Black & Decker Corporation
701 East Joppa Road
Baltimore MD 21286

FEI#52-1852131

Re: Mississippi Vibration Cases

------------------------------------------------------------

FOR PROFESSIONAL SERVICES RENDERED October 1, 1999 through
October 31, 1999:

                                    Total Fees           $292.50
                                                        ----------

                        TOTAL THIS INVOICE               $292.50
                                                        ==========

Please return a copy of this invoice with your remittance. Thank you.

SUPP 2 - 1572    CONFIDENTIAL INFORMATION

```
BILLER:        Bowen, Lowell R.              Miles & Stockbridge P.C.                     PAGE  157 TA182
RESPONSIBLE:   Cattaneo, Robert M.       BILLING MEMORANDUM, WORK-IN-PROCESS              DATE     11/26/99
ORIGINATOR:    Cattaneo, Robert M.            PERIOD 10/01/99 - 10/31/99                  TIME     13.30.48
REQUESTED BY:  HERRMANN                                                                   MATTER PAGE    1

  DEPT .000501
  Black & Decker Corporation              RE:  Mississippi Vibration Cases
  East Joppa Road
  Baltimore              MD  21286
                                       DATE OPENED 12/29/94    BILL MONTHLY
  RATE CODE-E                          INVOICE FORMAT BD  - BLACK & DECKER


                    FOR PROFESSIONAL SERVICES RENDERED October 1, 1999 through
                    October 31, 1999:
---------------------------------------------F E E S-----------------------------------------------------
                                                              HOURS      AMOUNT H   RATE  PAGELN FNC ACTION
TOTAL THROUGH  9/30/99                                         .00         .00

10/25/99 0925 JPS  Telephone call w/J. Hovermill regarding vibration dismissal   .30      97.50  325.00 7188568  ......
                   status.
10/28/99 0925 JPS  Telephone calls w/Mr. O'Brien, Mr. Krutz regarding status of  .60     195.00  325.00 7188583  ......
                   vibration cases dismissal.
                                                               .90       292.50 * 10/99
                                                              ------   ----------
                                          TOTAL FEES           .90       292.50

---------------------------------------------E X P E N S E S--------------------------------------------
                                                                         AMOUNT H         PAGELN FNC ACTION
TOTAL THROUGH  9/30/99                                                     .00
                                                                       ----------
                                          TOTAL EXPENSES                   .00

-----------------------------------------BILLING INSTRUCTIONS-------------------------------------------
                                                    BILL  PRIMARY      D  REMAINDER  INVOICE
  LAST                          ------UNBILLED----- THRU  CD C/M/      F P DISPOSITION  DATE            MULTI-
  TIME                                                                                                  
  ENTRY  NAME                   HOURS     AMOUNT  TKPR DATE  W/R/O  AMOUNT E H  W/BLANK   MMDDYY  INV #  MATTER

  10/99  Sweeney, John P.         .90     292.50  0925 10/28/99 ..  ...... F D    ..     ......  ......  ..
                                 ......  ..........  .... 10/28/99 ..  ...... F D    ..     ......  ......  ..
                                 ......  ..........  .... 10/28/99 ..  ...... F D    ..     ......  ......  ..
                                 --------  ----------
TOTAL BILLABLE FEES               .90     292.50       10/28/99 ..  ...... F D    ..     ......  ......  ..
                                 --------  ----------

                                                    BILL  PRIMARY      D  REMAINDER  INVOICE
  GROUP                                  UNBILLED   THRU  CD C/M/      F P DISPOSITION  DATE            MULTI-
  CODE   DESCRIPTION                     AMOUNT FNC DATE  W/R/O  AMOUNT E H  W/BLANK   MMDDYY  INV #    MATTER

                                       ..........  ....  0/00/00 ..  ...... E D    ..     ......  ......  ..
                                       ..........  ....  0/00/00 ..  ...... E D    ..     ......  ......  ..
                                       ----------
TOTAL BILLABLE EXPENSES                     .00           0/00/00 ..  ...... E D    ..     ......  ......  ..
                                       ----------

         TOTAL BILLABLE AMOUNT     292.50

MEMORANDUM: FEES BEYOND CUTOFF       HOURS      .60   AMOUNT     195.00   LAST ENTRY 11/03/99
            EXPENSES BEYOND CUTOFF                    AMOUNT        .27   LAST ENTRY 11/05/99
-----------------------------------------------TRUST ACCOUNTS-------------------------------------------
```

SUPP 2 - 1573    CONFIDENTIAL INFORMATION

```
BILLER:   Bowen, Lowell R.                    Miles & Stockbridge P.C.                                    PAGE  158  TA182
                                                                                                          DATE    11/26/99
ZBPPT .000501                              RE: Mississippi Vibration Cases                                TIME    13.30.48
The Black & Decker Corporation                                                                            MATTER PAGE    2
------------------------------------------------------INVOICE SUMMARIES----------------------------------------------------
            LAST RECEIPT   INVOICE              FEES       EXPENSES       TOTAL       SERVICE                ADJUSTMENTS
                DATE       NUMBER     HOURS    INVOICED    INVOICED     INVOICED      CHARGES    RECEIPTS    /WRITE-OFFS      BALANCE

 5/28/99      5/28/99      367602       .70      168.00       23.40       191.40         .00       191.40-         .00          .00
11/23/98     11/24/98      357126      2.80      523.00      649.71      1172.71         .00      1172.71-         .00          .00
 7/30/98      7/30/98      350700     86.80    15142.00     1755.73     16897.73         .00     16897.73-         .00          .00
11/25/97     11/25/97      335936    350.50    46500.50     4965.51     51466.01         .00     51466.01-         .00          .00
 7/07/97      7/08/97      326319    294.30    55263.50    10346.74     65610.24         .00     65610.24-         .00          .00
11/29/96     11/30/96      312925    134.80    28118.00     2030.33     30148.33         .00     30148.33-         .00          .00
10/29/96     10/30/96      310463       .00         .00     2634.54      2634.54         .00      2634.54-         .00          .00
 7/31/96      7/30/96      306005     31.50     6767.00      852.54      7619.54         .00      7619.54-         .00          .00
 1/22/96      2/26/96      295661      1.50      267.00     4012.03      4279.03         .00      4279.03-         .00          .00
12/21/95      2/23/96      294161     11.80     1970.50     2544.13      4514.63         .00      4514.63-         .00          .00
11/15/95     12/22/95      292343      2.50      603.50      558.79      1162.29         .00      1162.29-         .00          .00
10/24/95     12/22/95      291198     98.10    17099.50      942.96     18042.46         .00     18042.46-         .00          .00
 9/25/95     10/20/95      289410    106.40    14039.00     4220.30     18259.30         .00     18259.30-         .00          .00

----------------------------------------------ACCOUNTS RECEIVABLE AGING FOR-11/26/99---------------------------------------

-------------------------------------------------------MATTER STATISTICS--------------------------------------------------
                          YEAR TO DATE        LIFE TO DATE                               YEAR TO DATE       LIFE TO DATE
                          ------------        ------------                               ------------       ------------
HOURS RELIEVED                   .70             1570.00
FEES RELIEVED                 168.00           263834.50    EXPENSES RELIEVED                  23.40           48483.92
FEES BILLED                   168.00           262407.50    EXPENSES BILLED                    23.40           46659.32
FEES WRITTEN UP/DOWN             .00             1427.00-   EXPENSES WRITTEN UP/DOWN             .00            1824.60-
FEES UNCONFIRMED                 .00                 .00    EXPENSES UNCONFIRMED                 .00                 .00
HOURS UNBILLED                                       .90
FEES UNBILLED                                     292.50    EXPENSES UNBILLED                                       .00
TOTAL COLLECTIONS             191.40-          309066.82-   TOTAL UNBILLED                                       292.50
```

SUPP 2 - 1574   CONFIDENTIAL INFORMATION